USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION                                No.  24-cr-371-SS

USAO#:  2022R01229

United States Courts
Southern District of Texas

SUPERSEDING INDICTMENT       Filed:   FILED     Judge:   **Rosenthal**

*December 18, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES of AMERICA
vs.

ATTORNEYS:
NICHOLAS J. GANJEI, USA                    (713) 567-9000
MICHAEL E. DAY, AUSA                       (713) 567-9000

| Defendant | Attorney | Appt'd | Private |
|---|---|---|---|
| Shelibra Jones (Cts.1, 9, 10, 14, 15, 16, 17, 18, 20) | Chip Lewis/ Erin Epley | ☐ | ☐ |
| Kimberly Perkins (Cts.1, 2) | Katryna Spearman | ☐ | ☐ |
| Magnolia Underwood (Cts.1, 3) | Ali Fazel | ☐ | ☐ |
| Nicholas Yoder (Ct.4) | Celeste Brown | ☐ | ☐ |
| Theane Foster (Cts.4, 5) | Brock White | ☐ | ☐ |
| Christal Lopez (Cts.4, 6) | Lindsay Lopez | ☐ | ☐ |
| Pamela Yoder (Cts.4, 7) | Monique Sparks | ☐ | ☐ |
| Deleon Borders (Cts.4, 8) | Andrew Williams | ☐ | ☐ |
| Curtis Holliday (Ct.9) | Robert Reed | ☐ | ☐ |
| Xavier Francis (Ct.9) | Edward Mallett | ☐ | ☐ |
| Tierra Celestine (Ct.9) | Joseph Vinas | ☐ | ☐ |
| Derrick Washington (Ct.11) | Thomas Martin | ☐ | ☐ |
| Dralanjala Rachell Johnson (Cts.11, 12) | Brett Podolsky / Maxim Ravinovich | ☐ | ☐ |
| Destynee Washington (Cts.11, 13) | Neal Davis III | ☐ | ☐ |
| Patrick Brown (Ct.17) | Gus Saper | ☐ | ☐ |
| Michael Ford, Jr. (Cts.17, 18, 19) | R Trent Gaither | ☐ | ☐ |
| Antoinette Green (Cts.21, 22) | Eugene Tausk | ☐ | ☐ |
| Amir Khan (Cts.23, 24) |  | ☐ | ☐ |
| Rashad Mi Derrick (Cts.23, 25) | Justin Dees | ☐ | ☐ |
| Roemello Burros (Ct.26) | Heather Hughes FPD | ☐ | ☐ |
| Sheba Muharib (Ct.27) | Leira Gracia | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

Cts. 1, 4, 9, 11, 14, 17, 21, 23, 26 & 27: Conspiracy to Commit Wire Fraud [18 U.S.C. §§ 1349 and 1343]
Cts. 2-3, 5-8, 10, 12-13, 15-16, 18-20, 22, 24 & 25: Wire Fraud  [18 U.S.C. §§ 1343 and 2(a)]
Ct. 27: Crimes by or Affecting Persons Engaged in the Business of Insurance [18 U.S.C. §§ 1033 (e)(1)(B) and 2]

Charges Total Counts (27)

**PENALTY:**
Cts. 1-26: Not more than 20 years imprisonment; a fine of up to $250,000; up to 3 years supervised release, and a $100 special assessment, per count.
Ct. 27: Not more than 5 years imprisonment; a fine of up to $250,000; up to 3 years supervised release and $100 special assessment.

NOTICE OF FORFEITURE:  [18 U.S.C. § 982 (a)(2)(A)]

|  |  |  |
|---|---|---|
| ☑ In Jail | Nicholas Yoder<br>Curtis Holliday<br>Xavier Francis<br>Romello Burros |  |
| ☑ On Bond | Shelibra Jones<br>Kimberly Perkins<br>Magnolia Underwood<br>Theane Foster<br>Christal Lopez<br>Pamela Yoder<br>Deleon Borders<br>Tierra Celestine<br>Derrick Washington<br>Dralanjala Rachell Johnson<br>Destynee Washington<br>Patrick Brown<br>Michael Ford, Jr.<br>Antoinette Green<br>Rashad Mi Derrick<br>Sheba Muharib | NAME & ADDRESS<br>of Surety |
| ☑ No Arrest | Amir Khan |  |

## PROCEEDINGS:

|  |
|---|
|  |
|  |
|  |
|  |